**FILED**

**OCT 0 6 2005**

EUGENE R. WEDOFF
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 04 B 01488 |
| PERSCELLA S. PEARSON | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO SEYFARTH SHAW LLP, ATTORNEYS FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $3,131.50 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $1,363.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $1,768.50 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $1,768.50**

THE COURT HAS ANNOTATED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE RIGHT LEFT SIDE OF EACH UNDERLINED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1) **Trustee Work Can Not Be Compensated As Professional Services**
"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988)).

(2) **Unreasonable Time**
The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project...An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate." *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

(3) **Duplication of Services**
The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Also, when more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary.").

Dated: October 6, 2005

_____
Eugene R. Wedoff
United States Bankruptcy Judge

## CASE ADMINSTRATION

| DATE | ATTORNEY | HOURS | VALUE | DESCRIPTION |
|---|---|---|---|---|
| 03/04/04 | G. Paloian | 0.40 | $156.00 | Telephone call with B. Bosco regarding valuation and offer of purchase. |
| 03/05/04 | G. Paloian | 2.00 | $780.00 | Telephone call with Lombard Automotive regarding value and offer on vehicle (.30); prepare Motion to Sell and Notice (1.70). |
| 03/08/04 | C. Riecke | 0.20 | $51.00 | Office conference with G. Paloian regarding sale motion (.10); office conference with J. McManus regarding same (.10). |
| 03/09/04 | J. McManus | 0.50 | $77.50 | Revise sales motion for G. Paloian (.40); discuss the filing of same with C. Riecke (.10). |
| 03/09/04 | C. Riecke | 3.10 | $790.50 | Prepare motion to sell vehicle, proposed order, notice (2.80); CM/ECF search and document review regarding same (.20); memo to G. Paloian regarding same (.10). |
| 03/09/04 | C. Riecke | 0.20 | $51.00 | Prepare motion to sell (.10); CM/ECF search regarding same (.10). |
| 03/30/04 | C. Riecke | 0.10 | $25.50 | Office conference with J. McManus regarding sale of vehicle (.10). |
| 03/31/04 | C. Riecke | 1.00 | $255.00 | Prepare for court (.20); to/from/attend court on Trustee's motion to sell (.80). |
| 05/25/05 | J. McManus | 0.70 | $115.00 | Compile documents for Final Report Package. |
| 05/20/05 | G. Paloian | .50 | $205.00 | Review, edit and execute Trustee's Final Report. |
| | Totals | 8.70 | $2,506.50 | |

## CLAIMS ADMINISTRATION AND ANALYSIS

| DATE | ATTORNEY | HOURS | VALUE | DESCRIPTION |
|---|---|---|---|---|
| 06/01/04 | J. McManus | 0.50 | $77.50 | Review claims (.20); enter same into TCMS (.30). |
| 06/14/04 | J. McManus | 0.40 | $62.00 | Claims review for case closing. |
| 07/13/04 | J. McManus | 0.40 | $62.00 | Follow-up on claim of Citi-Cards. |
| | Totals | 1.30 | $201.50 | |

CH220178081.1